1  Lincoln D. Bandlow (SBN 170449)
   lbandlow@foxrothschild.com
2  Margo J. Arnold (SBN 27288)
   marnold@foxrothschild.com
3  **FOX ROTHSCHILD LLP**
   1800 Century Park East, Suite 300
4  Los Angeles, CA 90067-1506
   Telephone:  310.598.4150
5  Facsimile:   310.556.9828

6  Attorneys for Defendants
   Apartment Hunters, Inc.,
7  Kevin Shayan, and
   Steven Shayan
8

9                     UNITED STATES DISTRICT COURT
10                    CENTRAL DISTRICT OF CALIFORNIA

11  COSTAR REALTY INFORMATION,        Case No.: 8:15-cv-02111- JLS-KES
12  INC., and APARTMENTS, LLC
                                      **DISCOVERY MATTER: REFERRED
13          Plaintiffs,                TO MAGISTRATE JUDGE KAREN E.
14                                     SCOTT**
15       vs.                          HON. JOSEPHINE L. STATON
16  APARTMENT HUNTERS, INC.,
17  KEVIN SHAYAN, and STEVEN
    SHAYAN                            **DEFENDANTS' NOTICE OF
18                                    WITHDRAWAL OF MOTION FOR
19          Defendants.                PROTECTIVE ORDER RE
                                      DEPOSITION OF APARTMENT
20                                    HUNTERS, INC.**

21                                    DATE:   September 6, 2016
22                                    TIME:   10:00 A.M.
                                      DEPT:   6D
23

24
25
26
27
28

---

DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Defendants Apartment Hunters, Inc., Kevin Shayan and Steven Shayan (collectively "Defendants") hereby withdraw their August 17, 2016 Motion For Protective Order Regarding Deposition of Apartment Hunters, Inc. ("Motion") [DKT. No. 44]. Defendants' withdrawal is made without prejudice as to the arguments included in the Motion and accordingly reserve all rights to reassert such arguments in accordance with the Federal Rules of Civil Procedure and the local rules of this Court.

Dated: August 19, 2016          FOX ROTHSCHILD LLP


                                By  /s/ Lincoln Bandlow
                                    Lincoln D. Bandlow
                                    Margo J. Arnold
                                    Attorneys for Defendants Apartment Hunters,
                                    Inc., Kevin Shayan, and Steven Shayan